# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Mello Joy Distributing, LLC<br>DBA Mello Joy Coffee Co. | Civil Action No. 16-00247 |
| versus | Magistrate Judge Carol B. Whitehurst |
| LaRue Distributing, Inc. DBA<br>LaRue Coffee & Roasterie | By Consent of the Parties |

## JUDGMENT

For the oral reasons assigned by the Court in the hearing conducted in open court on June 15, 2015, and based on the Court's finding that the Court lacks Personal Jurisdiction over Defendant, LaRue Distributing Inc. DBA LaRue Coffee & Roasterie,

**IT IS ORDERED** that the Motion To Dismiss For Lack Of Personal Jurisdiction And Improper Venue Or Alternatively To Transfer filed by Defendant, LaRue Distributing Inc. DBA LaRue Coffee & Roasterie, [Rec. Doc. 9] is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(b)(2).

**THUS DONE AND SIGNED** this 15th day of June, 2016 at Lafayette, Louisiana.

*[signature]*

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE